# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-3512-PSG (AS) | Date | November 2, 2017 |
|---|---|---|---|
| Title | Gordon D. Meador v. X. Cano, et.al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On July 11, 2017, the Court issued an order dismissing Plaintiff's First Amended Complaint with leave to amend. (Docket Entry No. 12). Plaintiff directed to "file a Second Amended Complaint no later than 30 days from the date of this Order." Id. at 17. Plaintiff was "explicitly cautioned that failure to timely file a Second Amended Complaint, or failure to correct the deficiencies described . . . , may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders." (Id. at 18). On August 10, 2017, the Court issued an Order denying Plaintiff's request for a Court appointed attorney and *sua sponte* granting Plaintiff an extension of time to file a Second Amended Complaint (Docket Entry No. 14). Plaintiff was ordered to file a Second Amended Complaint on or before September 11, 2017 and explicitly cautioned that failure to file a Second Amended Complaint "may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders." (Id. at 2).

To date, Plaintiff has failed to file a Second Amended Complaint or request a further extension of time to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **November 17, 2017**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that cures the deficiencies in the last pleading or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint. <u>A copy of the Court's July 11, 2017 and August 10, 2017 Orders are attached for Plaintiff's convenience.</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-3512-PSG (AS) | Date | November 2, 2017 |
|---|---|---|---|
| Title | Gordon D. Meador v. X. Cano, et.al., | | |

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). <u>A notice of dismissal form is attached for Plaintiff's convenience.</u> Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

cc: Philip S. Gutierrez
    United States District Judge

.

| | 0 : 00 |
|---|---|
| Initials of Preparer | AF |